In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00330-CR**
_____

**IN RE SHAWN EVANS**

**Original Proceeding**
**9th District Court of Montgomery County, Texas**
**Trial Cause No. 17-06-07753-CR**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Shawn Evans argues he is entitled to credit on his sentence for 426 days spent on house arrest prior to sentencing. In response, the State argues that resolving the time-credit claim requires statutory construction that is unavailable through the ministerial function of a judgment nunc pro tunc.

"A motion for judgment nunc pro tunc or a writ of mandamus to the appellate court if such a motion is denied will provide a remedy only if the right to pre-trial jail-time credit is absolutely indisputable under the terms of Article 42.03, Section

1

2(a)(1)." *In re Brown*, 343 S.W.3d 803, 804 (Tex. Crim. App. 2011). Evans has not shown that he is indisputably entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on November 4, 2021
Opinion Delivered November 17, 2021
Do Not Publish

Before Kreger, Horton and Johnson, JJ.